# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANNES MEIJER** | * | **CIVIL ACTION NO:** |
| **Plaintiff** | * | |
| | * | **SECTION " "** |
| **VERSUS** | * | |
| | * | |
| **ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, AND MARRIOTT INTERNATIONAL, INC.** | * | **MAGISTRATE:** |
| | * | **JUDGE:** |
| **Defendants** | * | |
| | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF COMPLIANCE

Defendants, SUMMIT HOSPITALITY I, LLC, MARRIOTT INTERNATIONAL, INC., respectfully represent as follows:

1. Attached is a list of all parties in this action and their counsel of record;

2. Attached is a copy of the Petition for Damages filed in the Civil District Court for the Parish of Orleans proceeding;

3. Attached are copies of the citations that the Court has issued to ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC.;

4. Attached is a copy of the service of process transmittal documents for MARRIOTT INTERNATIONAL, INC.;

5. Attached is a list of the documents filed in the Civil District Court for the Parish of Orleans;

6. Counsel for Defendants hereby certifies that, as of June 7, 2022, the above reflects the entire State Court record; and

7. No motions are known to be pending in the Civil District Court for the Parish of Orleans.

Respectfully Submitted,

**THE JAVIER LAW FIRM**

*/s/ Alexa M. Youssef*
**ROGER A. JAVIER, T.A.**(Bar No. 26056)
**ALEXA M. YOUSSEF** (Bar No. 37364)
1340 Poydras St., Suite 2100
New Orleans, LA  70112
Telephone: (504) 599-8570
Facsimile:  (504) 599-8579
*Attorneys for Defendants,*
*Summit Hospitality I, LLC and Marriott*
*International, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANNES MEIJER** | * | **CIVIL ACTION NO:** |
| **Plaintiff** | * | |
| | * | **SECTION " "** |
| **VERSUS** | * | |
| | * | |
| **ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, AND MARRIOTT INTERNATIONAL, INC.** | * | **MAGISTRATE:** |
| | * | **JUDGE:** |
| **Defendants** | * | |
| | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF SERVICE**

I, ALEXA M. YOUSSEF, hereby certify that on June 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing and via U.S. Mail to the following: JOHANNES MEIJER, through his attorneys of record, Justin M. Chopin and Philip D. Lorio, IV, The Chopin Law Firm, LLC, 650 Poydras Street, Suite 1550, New Orleans, Louisiana 70130, Justin@ChopinLawFirm.com/Phil@ChopinLawFirm.com, registered CM/ECF user.

**[SIGNATURE BLOCK CONTINUED ON NEXT PAGE]**

Respectfully Submitted,

**THE JAVIER LAW FIRM**

*/s/ Alexa M. Youssef*
**ROGER A. JAVIER, T.A.**(Bar No. 26056)
**ALEXA M. YOUSSEF** (Bar No. 37364)
1340 Poydras St., Suite 2100
New Orleans, LA  70112
Telephone: (504) 599-8570
Facsimile:  (504) 599-8579
*Attorneys for Defendants,*
*Summit Hospitality I, LLC and Marriott*
*International, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANNES MEIJER** | * | **CIVIL ACTION NO:** |
| | * | |
| **Plaintiff** | * | |
| | * | **SECTION "     "** |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | |
| **ZURICH AMERICAN INSURANCE** | * | **MAGISTRATE:** |
| **COMPANY, STAFF PRO, LLC, SUMMIT** | * | |
| **HOSPITALITY I, LLC, AND MARRIOTT** | * | |
| **INTERNATIONAL, INC.** | * | **JUDGE:** |
| | * | |
| **Defendants** | * | |
| | * | |
| | * | **JURY TRIAL DEMANDED** |
| | * | |

**************************************************************************

## LIST OF ALL PARTIES IN THIS ACTION

Plaintiff, Johannes Meijer

Counsel for Plaintiff:     **JUSTIN M. CHOPIN**
                                       **PHILIP D. LORIO, IV**
                                       The Chopin Law Firm, LLC
                                       650 Poydras Street, Suite 1550
                                       New Orleans, Louisiana 70130
                                       TELEPHONE: (504) 29-6681/(504) 517-1673
                                       FAX: (504) 324-0640
                                       E-MAIL: Justin@ChopinLawFirm.com
                                                                Phil@ChopinLawFirm.com

Defendants, Zurich American Insurance Company, Staff Pro, LLC, Summit Hospitality I, LLC, and Marriott International, INc.

Counsel for Defendants,
*Summit Hospitality I, LLC*
and *Marriott International Inc.*:    **ROGER A. JAVIER**
　　　　　　　　　　　　　　　　　　　**ALEXA M. YOUSSEF**
　　　　　　　　　　　　　　　　　　　The Javier Law Firm, LLC
　　　　　　　　　　　　　　　　　　　1340 Poydras St., Suite 2100
　　　　　　　　　　　　　　　　　　　New Orleans, LA  70112
　　　　　　　　　　　　　　　　　　　TELEPHONE: (504) 599-8570
　　　　　　　　　　　　　　　　　　　FACSIMILEe:  (504) 599-8579
　　　　　　　　　　　　　　　　　　　E-MAIL: rogerj@javierlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　alexay@javierlawfirm.com

Counsel for Defendants,
*Zurich American Insurance Company*
and *Staff Pro, LLC:*

　　　　　　　　　　　　　　　　　　　**CHARLES J. FORET**
　　　　　　　　　　　　　　　　　　　Briney Foret Corry, LLP
　　　　　　　　　　　　　　　　　　　413 Travis Street
　　　　　　　　　　　　　　　　　　　P.O. Drawer 51367
　　　　　　　　　　　　　　　　　　　Lafayette, Louisiana 70505
　　　　　　　　　　　　　　　　　　　TELEPHONE: (337) 237-4070
　　　　　　　　　　　　　　　　　　　FACSIMILE: (337) 233-8719
　　　　　　　　　　　　　　　　　　　E-MAIL: cjforet@brineyforet.com


Respectfully Submitted,

**THE JAVIER LAW FIRM**

*/s/ Alexa M. Youssef*
**ROGER A. JAVIER, T.A.**(Bar No. 26056)
**ALEXA M. YOUSSEF** (Bar No. 37364)
1340 Poydras St., Suite 2100
New Orleans, LA  70112
Telephone: (504) 599-8570
Facsimile:  (504) 599-8579
*Attorneys for Defendant,*
*Attorneys for Defendants,*
*Summit Hospitality I, LLC and Marriott*
*International, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANNES MEIJER** | * | CIVIL ACTION NO: |
| **Plaintiff** | * | |
| | * | SECTION "   " |
| **VERSUS** | * | |
| | * | |
| **ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, AND MARRIOTT INTERNATIONAL, INC.** | * | MAGISTRATE: |
| | * | JUDGE: |
| **Defendants** | * | |
| | * | **JURY TRIAL DEMANDED** |

*************************************************************************

### LIST OF DOCUMENTS FILED IN
### CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

1. Petition for Damages by plaintiff, Johannes Meijer;
2. Citation and Service Issued to Marriott International, Inc.;
3. Citation and Service Issued to Summit Hospitality, LLC;
4. Citation and Service Issued to Zurich American Insurance Company;
5. Citation and Service Issued to Staff Pro, LLC
6. Notice of Removal filed Civil District Court for the Parish of Orleans by Defendants, Summit Hospitality I, LLC and Marriott International, Inc.

**[SIGNATURE BLOCK CONTINUED ON NEXT PAGE]**

Respectfully Submitted,

**THE JAVIER LAW FIRM**

*/s/ Alexa M. Youssef*
**ROGER A. JAVIER, T.A.**(Bar No. 26056)
**ALEXA M. YOUSSEF** (Bar No. 37364)
1340 Poydras St., Suite 2100
New Orleans, LA  70112
Telephone: (504) 599-8570
Facsimile:  (504) 599-8579
*Attorneys for Defendants,*
*Summit Hospitality I, LLC and Marriott*
*International, Inc.*