UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANNES MEIJER** | * | **CIVIL ACTION NO:** |
| **Plaintiff** | * | |
| | * | **SECTION " "** |
| **VERSUS** | * | |
| | * | |
| **ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, AND MARRIOTT INTERNATIONAL, INC.** | * | **MAGISTRATE:** |
| | * | **JUDGE:** |
| **Defendants** | * | |
| | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL
## AND REQUEST FOR TRIAL BY JURY

Pursuant to 28 U.S.C. §§1441 and 1446, Defendants, SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC., file this Notice of Removal of the above captioned action from the Civil District Court, Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. In connection with this Notice of Removal, the defendant respectfully represents as follows:

1.

### BACKGROUND

On May 4, 2022, the matter of *Johannes Meijer v. Zurich American Insurance Company, Staff Pro, LLC, Summit Hospitality I, LLC, and Marriott International, Inc.,* was filed in the Civil District Court for the Parish of Orleans, State of Louisiana, and assigned Docket No. 2022-03955. A copy of the Petition is attached hereto as Exhibit "NR-A."

2.

Upon information and belief, on May 11, 2022, Defendant, STAFF PRO, LLC, was served with a copy of the Petition.

3.

On May 20, 2022, Defendant, MARRIOTT INTERNATIONAL, INC was served with a copy of the Petition. *See* Exhibit "NR-B".

4.

On May 20, 2022, Defendant, SUMMIT HOSPITALITY I, LLC, was served with a copy of the Petition.

5.

Upon information and belief, on May 20, 2022, Defendant, ZURICH AMERICAN INSURANCE COMPANY, was served with a copy of the Petition.

6.

Upon information and belief, and according to her Petition, plaintiff is a person of full age of majority, a resident of the State of Florida. Defendants have the following domiciliary status:

SUMMIT HOSPITALITY I, LLC- a Delaware Limited Liability Company with its members/managers domiciled in either the State of Texas or State of Delaware.

MARRIOTT INTERNATIONAL, INC- a foreign corporation domiciled in the State of Delaware Corporation with its principal place of business in Bethesda, Maryland.

ZURICH AMERICAN INSURANCE COMPANY- a foreign insurance company domiciled in the State of New York.

STAFF PRO, LLC- a Mississippi Limited Liability Company with its sole member/manager domiciled in the State of Mississippi.

7.

The Fifth Circuit Court of Appeals has established the removing defendant must prove, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.[1] The defendant may make this showing in two ways: (1) by demonstrating that it is "facially apparent" that the claims are likely in excess of $75,000, or (2) "by setting forth the *facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount."[2]

8.

Plaintiff's Petition alleges personal injuries as a result of an alleged slip and fall that occurred on May 11, 2021 at the Spring Hill Suites located at 301 St. Joseph Street in New Orleans, Louisiana.

9.

Plaintiff's Petition did not specify an amount of damages sought, which is not proper under Louisiana law. However, Plaintiff alleges in his Petition that he has sustained damages including past, present and future pain and suffering, past, present and future mental anguish, physical disfigurement, past, present and future physical impairment, lost wages and loss of earnings capacity, past, present and future medical expenses, other unliquidated damages within the jurisdictional limits of this Court, and pre-judgment and post judgment interest.[3]

---

[1] *James v. Home Depot USA, Inc.*, 2002 WL 1453824 *1 (E.D. La. 2002)(citing *Luckett v. Delta Airlines*, 171 F.3d 295, 298 (5th Cir. 1999)).
[2] *Id.*
[3] *See* NR-A, Paragraph 20.

10.

On May 26, 2022, via email correspondence, counsel for Defendants reached out to counsel for plaintiff and notified them that Defendants would be filing removal documents unless confirmation was provided that plaintiff's damages did not exceed $75,000.00. To date, Defendants have not received a response, confirming that plaintiff is in fact alleging damages in excess of $75,000.00.

11.

Pursuant to 28 U.S.C.A. § 1446(B)(1), "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…". Pursuant to 28 U.S.C.A. § 1446(b)(3), "[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." Here, removal is timely because it was filed within 30 days of service of Plaintiff's Petition on Defendants, SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC., and within 30 days of Defense counsel's May 26, 2022 correspondence to plaintiff's counsel informing him that removal proceedings would be initiated unless Defendants were provided with confirmation that plaintiff was not seeking damages in excess of $75,000.00.

12.

## GROUNDS FOR REMOVAL—DIVERSITY JURISDICTION

This Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this Court on the basis that the adverse parties to this action are completely diverse.

13.

Plaintiff, JOHANNES MEIJER, is a person of full age of majority and domiciliary of the State Florida.

14.

Defendant, SUMMIT HOSPITALITY I, LLC- a Delaware Limited Liability Company with its principal place of business in Texas. Each of its members/managers is identified as follows:

a. Manager, Summit Hotel OP, LP- a Delaware Limited Partnership with its principal place of business in Austin, Texas;

b. Manager, Christopher R. Eng domiciled in Austin, Texas; and

c. Manager, Daniel P. Hansen, domiciled in Austin, Texas.

15.

Defendant, MARRIOTT INTERNATIONAL, INC- a foreign corporation domiciled in the State of Delaware Corporation with its principal place of business in Bethesda, Maryland.

16.

Upon information and belief, Defendant, Zurich American Insurance Company, is foreign insurance company domiciled in New York, New York.

17.

Upon information and belief, Defendant, Staff Pro, LLC is a Mississippi Limited Liability Company with its principle place of business in Mississippi and its sole member/manager, Reginald Walker, a resident/citizen of the State of Mississippi.

18.

Accordingly, there is complete diversity of citizenship between the Plaintiff and Defendants, ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, MARRIOTT INTERNATIONAL, INC.

19.

**AMOUNT IN CONTROVERSY EXCEEDS FEDERAL MINIMUM JURISDICTIONAL REQUIREMENTS**

While Defendants herein admits no liability, nor any element of damages, and expressly denies same, in light of Plaintiff's counsel's own admissions as to Plaintiff's damages, it now appears clear that Plaintiff is alleging damages that, if true, which Defendants deny, places an amount in controversy which exceeds the sum or value of $75,000, exclusive of interest and costs.

20.

The Judicial District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(c). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending.

21.

Therefore, this is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. §

1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and complete diversity exists between all adverse parties.

22.

Pursuant to 28 U.S.C. §§1441(a) and 1446, this action is removable because this Court has jurisdiction over this case, and this Notice of Removal is filed timely within 30 days service on all Defendants, ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC., and within 30 days of undersigned counsel's May 26, 2022 correspondence to plaintiff's counsel informing him that removal proceedings would be initiated unless Defendants were provided with confirmation that plaintiff was not seeking damages in excess of $75,000.00.

23.

As required by 28 U.S.C. §1446(d), a Notice to State Court of Filing of Notice of Removal, and a copy of this Notice of Removal, will be promptly filed in the Civil District Court for the Parish of Orleans, State of Louisiana, and served on plaintiff. A copy of the Notice to State Court of Filing of Notice of Removal is attached to this Notice of Removal as Exhibit "NR-C."

24.

There are no motions pending before the Civil District Court for the Parish of Orleans.

25.

Defendants request a trial by jury on all issues triable by jury.

**WHEREFORE**, Defendants, SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC. respectfully request the removal of this action from the Civil District

Court for the Parish of Orleans, State of Louisiana, to the United States Court for the Eastern District of Louisiana.

Respectfully Submitted,

**THE JAVIER LAW FIRM**

*/s/ Alexa M. Youssef*
**ROGER A. JAVIER, T.A.**(Bar No. 26056)
**ALEXA M. YOUSSEF** (Bar No. 37364)
1340 Poydras St., Suite 2100
New Orleans, LA 70112
Telephone: (504) 599-8570
Facsimile: (504) 599-8579
*Attorneys for Defendants,*
*Summit Hospitality I, LLC and Marriott*
*International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon attorneys of record for all other parties in this action by placing same, properly addressed, in the US mail with sufficient postage to insure delivery and/or via facsimile and/or electronic mail and/or via CM/ECF upload this 7th day of June, 2022.

*/s/ Alexa M. Youssef*
**ALEXA M. YOUSSEF**

Original —


FILED
MAY -4 2022
CLERKS OFFICE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA



NO.: 2022-3955                                      DIVISION " "

JOHANNES MEIJER              SECTION 8

VS.

ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT
HOSPITALITY I, LLC, AND MARRIOTT INTERNATIONAL, INC.

FILED: _____        _____
                                                                 DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, Plaintiff, JOHANNES MEIJER (sometimes hereinafter "Plaintiff"), who petitions this Court for a judgment against Defendants, ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, AND MARRIOTT INTERNATIONAL, INC. (sometimes herein collectively "Defendants") and in support thereof respectfully avers as follows:

### PARTIES

1.

Plaintiff, Johannes Meijer, is domiciled in the State of Florida and is of the full age of majority.

2.

Defendant, Zurich American Insurance Company (hereinafter individually "Zurich") is a foreign insurance company licensed to do and doing business in the State of Louisiana.

3.

Defendant, Staff Pro, LLC (hereinafter individually "Staff Pro"), is a foreign limited liability company licensed to do and conducting business in the State of Louisiana.

4.

Defendant, Summit Hospitality I, LLC (hereinafter individually "Summit"), is a foreign limited liability company licensed to do and conducting business in the State of Louisiana.

---

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 5/6/2022 1:33:00 PM |
| Cashier | jboe |
| Register | CDC Cash Register 1 |
| Case Number | 2022-03955 |
| Grand Total | $541.50 |
| Balance Due | $0.00 |

Payment/Transaction List
Check # 10087 $541.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Fax Fees | $25.00 | $25.00 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JCC | $26.50 | $26.50 | $0 |
| Supreme Court- Processing Fee | $10.00 | $10.00 | $0 |

EXHIBIT
NR-A

VERIFIED
[signature]
5/9/10

1

4853-0976-9830, v. 1

5.

Defendant, Marriott International, Inc. (hereinafter individually "Marriott"), is a foreign limited liability company licensed to do and conducting business in the State of Louisiana.

## JURISDICTION AND VENUE

6.

The State of Louisiana has jurisdiction over the Defendants because they are licensed to do and doing business within the State.

7.

Venue is proper within Orleans Parish pursuant to La. Code Civ. Proc. art. 74.

## FACTS

8.

On or about May 11, 2021, Plaintiff was a patron at the at the Spring Hill Suites located at 301 St. Joseph Street in New Orleans, Louisiana (hereinafter the subject premises is sometimes referred to as "Subject Premises"), which was owned, operated, controlled and maintained by Defendants, Summit, Staff Pro, and/or Marriott.

9.

While Plaintiff was at the Subject Premises, he slipped and fell in a liquid substance, which constituted an unreasonably dangerous condition, that was on the floor.

10.

At all times material hereto, Summit, as the owner and operator of the Subject Premises, was responsible for maintaining a reasonably safe premises for its patrons, such as Plaintiff.

11.

At all times material hereto, Staff Pro and/or Marriott, as the manager and operator the Subject Premises, was responsible for maintaining a reasonably safe premises for its patrons, such as Plaintiff.

12.

As a result of the accident, Plaintiff sustained serious injuries and suffered excruciating pain and suffering.

4853-0976-9830, v. 1

13.

Plaintiff's injuries required prompt medical attention, as well as ongoing medical treatment, prescription medication, and physical therapy, all resulting in continued pain and suffering.

14.

Summit, Staff Pro, and/or Marriott (including their directors, officers, agents, servants, and employees, all acting within the scope of their authority or employment) conduct, actions, and/or inactions directly caused, proximately caused, and/or were a substantial factor in causing Plaintiff's accident and resulting injuries and damages.

15.

Summit, Staff Pro, and/or Marriott created, knew or reasonably should have known of the liquid substance on the floor and the unreasonable risk of harm it posed to patrons of the Subject Premises such as Plaintiff.

16.

Summit, Staff Pro and/or Marriott owed Plaintiff a duty of care to:

    a. exercise reasonable care for Plaintiff's safety on the premises;

    b. keep the premises in a reasonably safe condition;

    c. ensure that Plaintiff was not exposed to unreasonable risks of injury or harm;

    d. avoid creating unreasonable risks of harm;

    e. discover any unreasonably dangerous conditions and either:

        i. correct the conditions, or

        ii. adequately warn Plaintiff of the condition.

17.

Summit, Staff Pro, and/or Marriott owed duty of care owed to Plaintiff in one or more of the following ways:

    a. Causing the liquid substance to be on the floor by mopping the floor and failing to take adequate precautions, which presented an unreasonably dangerous condition at the Subject Premises;

    b. Failing to correct the dangerous condition of the Subject Premises;

c. Failing to adequately warn guests of the dangerous condition of their premises;

d. Failing to use ordinary care in inspecting their premises;

e. Failing to reduce or eliminate an unreasonably dangerous condition;

f. Failing to inspect the premises to discover latent, dangerous conditions;

g. Failing to train its personnel on the proper method of maintaining safe premises;

h. Failing to cure, correct, alleviate, remove, and/or repair timely all dangerous and unsafe conditions; and

i. Failing to act as a reasonably prudent person would under the same or similar circumstances.

18.

The foregoing breaches of duty by Summit, Staff Pro, and/or Marriott directly and proximately caused serious and debilitating injuries to Plaintiff.

19.

At all relevant times herein, Defendant, Zurich, issued to Summit and/or Staff Pro and/or Marriott a liability insurance policy providing coverage for Plaintiff's fall and resulting injuries. At all relevant times herein, the policy was current and in effect. Pursuant to the provisions of Louisiana's Direct Action Statute, contained within La. R.S. § 22:1269, and the terms of the policy of insurance, Defendant, Zurich, is directly liable to Plaintiff for the acts and omissions of Summit, Staff Pro and/or Marriott.

## **DAMAGES**

20.

Summit's, Staff Pro's and Marriott's acts and omissions, as detailed above, proximately caused personal injury to Plaintiff, which includes but is not limited to the following:

a. Pain and suffering in the past, present and future,

b. Mental anguish in the past, present and future,

c. Physical disfigurement,

d. Physical impairment in the past, present and future,

e. Lost wages and loss of earnings capacity,

f. Medical expenses in the past, present and future,

4

g. Other unliquidated damages within the jurisdictional limits of this Court, and

h. Pre-judgment interest and post-judgment interest.

**WHEREFORE**, Plaintiff, Johannes Meijer, prays that Defendants, Zurich American Insurance Company, Staff Pro, LLC, Summit Hospitality I, LLC, and Marriott International, Inc., be served with a citation and this Petition; and after due proceedings are had, that there be a judgment in Plaintiff's favor, against the Defendants for the damages Plaintiff sustained in an amount the Court determines to be reasonable and proper plus all costs, expert fees, pre and post judgment interest, and for all general and equitable relief as the Court may deem just and proper.

Respectfully submitted,

THE CHOPIN LAW FIRM LLC

JUSTIN M. CHOPIN (La. 31100)
PHILIP D. LORIO IV (La. 34648)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Justin Direct:  504-229-6681
Phil Direct:    504-517-1673
Facsimile:      504-324-0640
E-mail: Justin@ChopinLawFirm.com
         Phil@ChopinLawFirm.com
Art. 1313 Service: Service@ChopinLawFirm.com
*Attorneys for Plaintiff, Johannes Meijer*

**PLEASE SERVE:**

**STAFF PRO, LLC**
*Through the Louisiana Long Arm Statute,*
Ms. Patricia Bollman
1100 Poydras Street
Suite 1600
New Orleans, Louisiana 70163

--and--

**ZURICH AMERICAN INSURANCE COMPANY**
*Through its registered agent for service of process,*
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

*[Continues on following page]*

5

--and--

**SUMMIT HOSPITALITY I, LLC**
*Through its registered agent for service of process,*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

--and--

**MARRIOTT INTERNATIONAL, INC.**
*Through its registered agent for service of process,*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816



PHILIP D. LORIO IV
ATTORNEY
DIRECT: 504.517.1673
FAX: 504.324.0640
PHIL@CHOPINLAWFIRM.COM

650 POYDRAS STREET, SUITE 1550
NEW ORLEANS, LA 70130
MAIN: 504.500.8000
WWW.CHOPINLAWFIRM.COM

May 5, 2022

**VIA HAND DELIVERY**
Clerk of Court
Civil District Court
421 Loyola Avenue, Room 402
New Orleans, LA 70112



Re: *Johannes Meijer v. Zurich American Ins. Co., et al.;*
Case No. 2022-3955; Div. N

Dear Clerk,

    Enclosed, please find the original Plaintiff's Petition for Damages and five (5) copies in the above-referenced matter. Please file and serve named Defendant as directed and return a conformed copy of the pleadings to our office *via* the enclosed self-addressed stamped envelope. We also enclose our firm checks for the payments for filing and service.

    Please contact our firm with any questions you might have. Thank you for your assistance in the above-mentioned matter.

Kindest regards,

Philip D. Lorio IV

VERIFIED

PDL/ksr

LOUISIANA   MISSISSIPPI   TEXAS



CT Corporation
Service of Process Notification
05/20/2022
CT Log Number 541612794

## Service of Process Transmittal Summary

**TO:** Randi Neches
MARRIOTT INTERNATIONAL, INC.
1 Star Pt
Stamford, CT 06902-8911

**RE:** Process Served in Louisiana

**FOR:** MARRIOTT INTERNATIONAL, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Johannes Meijer // To: MARRIOTT INTERNATIONAL, INC. |
| **DOCUMENT(S) SERVED:** | Citation, Attachment(s), Petition |
| **COURT/AGENCY:** | Parish of Orleans, Civil District Court, LA<br>Case # 202203955 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 05/11/2021 |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/20/2022 at 08:45 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service Of citation upon him |
| **ATTORNEY(S)/SENDER(S):** | Philip D. Lorio IV<br>THE CHOPIN LAW FIRM LLC<br>650 Poydras Street<br>Suite 1550<br>New Orleans, LA 70130<br>504-324-0640 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/20/2022, Expected Purge Date: 05/25/2022<br><br>Image SOP<br><br>Email Notification, Randi Neches  Randi.Neches@Marriott.com<br><br>Email Notification, Reine Blackwell-Moore  reine.blackwell@marriott.com<br><br>Email Notification, Eleni Planzos  eleni.planzos@marriott.com<br><br>Email Notification, Matthew Casassa  matthew.casassa@marriott.com<br><br>Email Notification, Margaret Dakan  margaret.dakan@marriott.com<br><br>Email Notification, Michael Martinez  michael.martinez@marriott.com<br><br>Email Notification, Theresa Coetzee  Theresa.Coetzee@marriott.com<br><br>Email Notification, Dave Bell  dave.bell@marriott.com |

EXHIBIT NR-B

Page 1 of 2



**CT Corporation**
**Service of Process Notification**
05/20/2022
CT Log Number 541612794

Email Notification, Margot Metzger  margot.metzger@marriott.com

**REGISTERED AGENT CONTACT:**  C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
800-448-5350
MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022-003955　　　　　　　　　　　　　　DIVISION "N"

JOHANNES MEIJER

VERSUS

ZURICH AMERICAN INSURANCE COMPANY, STAFF PRO, LLC, SUMMIT HOSPITALITY I, LLC, and MARRIOTT INTERNATIONAL, INC.

FILE: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:　Honorable Clerk of Court
　　　Civil District Court
　　　Parish of Orleans
　　　State of Louisiana

PURSUANT TO 28 U.S.C. §1446(a), you are hereby notified that Defendants, SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC., have of this date filed in the office of the Clerk of Court of the United States District Court for the Eastern District of Louisiana, its Notice of Removal, a copy of which is attached hereto.

You are also advised that Defendants upon the filing of said Notice, are also filing a copy of the Notice of Removal with the Honorable Clerk of Court, Civil District Court, Parish of Orleans, State of Louisiana, in accordance with Section 1446(e) of Title 28 of the United States Code.



EXHIBIT
NR-C

Respectfully Submitted,

**THE JAVIER LAW FIRM**

_____
ROGER A. JAVIER, T.A.(Bar No. 26056)
ALEXA M. YOUSSEF (Bar No. 37364)
1340 Poydras St., Suite 2100
New Orleans, LA 70112
Telephone: (504) 599-8570
Facsimile: (504) 599-8579
*Attorneys for Defendants,*
*Summit Hospitality I, LLC and Marriott International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon attorneys of record for all other parties in this action by placing same, properly addressed, in the US mail with sufficient postage to insure delivery and/or via facsimile and/or electronic mail this 7th day of June, 2022.

_____
ALEXA M. YOUSSEF