UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANNES MEIJER** | * | CIVIL ACTION NO: 2:22-cv-01655 |
| | * | |
| Plaintiff | * | |
| | * | SECTION "   " |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | |
| | * | MAGISTRATE: |
| | * | |
| **ZURICH AMERICAN INSURANCE** | * | Hon. Donna Phillips Currault |
| **COMPANY, STAFF PRO, LLC, SUMMIT** | * | |
| **HOSPITALITY I, LLC, AND MARRIOTT** | * | |
| **INTERNATIONAL, INC.** | * | JUDGE: |
| | * | |
| | * | Hon. Nannette Jolivette Brown |
| Defendants | * | |
| | * | |
| | * | JURY TRIAL DEMANDED |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

CONSIDERING Defendants', SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC., Motion to Withdraw Notice of Removal & Request for Trial by Jury,

**IT IS HEREBY ORDERED** that Defendants' SUMMIT HOSPITALITY I, LLC and MARRIOTT INTERNATIONAL, INC., Motion to Withdraw Notice of Removal & Request for Trial by Jury is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter be **REMANDED** to Louisiana State Court.

New Orleans, Louisiana, this _____ day of _____, 2022.

                                                                     _____
                                                                                **JUDGE**