# Louisiana SECRETARY OF STATE R. KYLE ARDOIN

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

[Buy Certificates and Certified Copies] [Subscribe to Electronic Notification] [Print Detailed Record]

| Name | Type | City | Status |
|---|---|---|---|
| STAFF PRO, LLC | Limited Liability Company (Non-Louisiana) | BILOXI | Active |

**Previous Names**
**Business:** STAFF PRO, LLC
**Charter Number:** 41098967Q
**Registration Date:** 3/1/2013

**Domicile Address**
284 DEBUYS ROAD
BILOXI, MS 39531

**Mailing Address**
284 DEBUYS ROAD
BILOXI, MS 39531

**Principal Business Office**
284 DEBUYS ROAD
BILOXI, MS 39531

**Registered Office in Louisiana**
3414 CANAL STREET
SUITE 1B
NEW ORLEANS, LA 70119

**Principal Business Establishment in Louisiana**
3414 CANAL STREET
SUITE 1B
NEW ORLEANS, LA 70119

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 3/1/2013
**Last Report Filed:** 2/23/2022
**Type:** Limited Liability Company (Non-Louisiana)

**Registered Agent(s)**

| Agent: | PATRICIA BOLLMAN |
|---|---|
| Address 1: | 1100 POYDRAS STREET |
| Address 2: | SUITE 1600 |
| City, State, Zip: | NEW ORLEANS, LA 70163 |
| Appointment Date: | 2/23/2022 |

https://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails.aspx?CharterID=1022942_0390C4C3BC

EXHIBIT A

| Officer(s) | | Additional Officers: No |
|---|---|---|
| Officer: | REGINALD WALKER | |
| Title: | Manager | |
| Address 1: | 284 DEBUYS RD | |
| City, State, Zip: | BILOXI, MS 395310001 | |

**Amendments on File**

**No Amendments on file**

| Back to Search Results | New Search | View Shopping Cart |

© 2022 Louisiana Department of State

GET HELP